# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY ALEXANDER RICHARDSON,<br>　　Plaintiff,<br>　　vs.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,<br>　　Defendants. | CASE NO. 18-cv-04620-YGR<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION; EXTENDING DEADLINE TO AMEND; AND COMPELLING DEFENDANT TO PRODUCE AMENDED DISCLOSURES**<br><br>Re: Dkt. No. 39 |

Plaintiff Troy Alexander Richardson filed his administrative motion to extend the deadline for joining parties or amending pleadings. (Dkt. No. 39.) In that administrative motion, plaintiff further seeks an order compelling defendants to amend their disclosures under Rule 26(a) of the Federal Rules of Civil Procedure, and to extend the deadline for the early settlement conference before Magistrate Judge Illman.

The Court, having considered the motion and the opposition thereto, and good cause appearing, **ORDERS** as follows:

(1) Defendants shall provide to plaintiff amended Initial Disclosures listing all persons with knowledge of the facts set forth in the First Amended Complaint as well as all documents in its control or possession regarding plaintiff, including but not limited to the entire file of the California Department of Corrections and Rehabilitation regarding plaintiff by no later than **May 15, 2019**. *See* Rule 26(e)(1) (party must supplement or correct its disclosure in a timely manner if the disclosure or response is incomplete or incorrect in some material respect, or as ordered by the court).

(2) Plaintiff shall amend or join additional parties no later than **May 30, 2019**.

The parties shall contact Magistrate Judge Illman's courtroom deputy regarding

rescheduling of the settlement conference and related deadlines, based on the foregoing. The deadline for completing the settlement conference remains July 1, 2019. (*See* Dkt. No. 34.) However, should the parties' or magistrate judge's schedule so require, the Court is amenable to a brief extension of that deadline as well.

**IT IS SO ORDERED.**

Dated: April 18, 2019

                                  **YVONNE GONZALEZ ROGERS**
                                  **UNITED STATES DISTRICT COURT JUDGE**

cc: Gloria CRD/Magistrate Judge Illman