DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
44 Montgomery Street, Suite 3340
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 421-0912
dmh@helbraunlaw.com

Attorneys for Plaintiff
TROY RICHARDSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. C18-cv-04620 YGR<br>**ORDER GRANTING STIPULATION** ~~AND [PROPOSED] ORDER~~ **RE: BRIEFING SCHEDULE ON MOTION TO DISMISS** |

WHEREAS, the twenty-five recently named "Doe" defendants all filed a Motion to Dismiss on August 6, 2019; and

WHEREAS, under standard briefing deadlines pursuant to the Northern District's rules, Plaintiff's Opposition briefing would be due for filing on August 20, 2019; and

WHEREAS, pursuant to a Notice served on defense counsel on July 23, 2019, Plaintiff's counsel David M. Helbraun will be out of state on vacation from August 9 through August 19, 2019, with August 20 being counsel's first day back in the office from vacation; and

WHEREAS, the parties through their respective counsel have met and conferred to adjust the briefing schedule in light of Plaintiff's counsel's unavailability August 9 to August 20;

NOW THEREFORE, the parties stipulate and request that the briefing schedule be

modifies as follows to permit proper briefing by the parties for the Court's benefit:

Opposition brief to be due on August 27, 2019;

Reply Brief to be due on September 4, 2019;

Hearing Date to remain September 17, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: August 7, 2019   CALIFORNIA DEPT. OF JUSTICE
Deputy Attorney General Cassandra Shryock

By: /s/ Cassandra j. Shryock\_
Attorneys for Defendants

Dated: August 7, 2019   David M. Helbraun
HELBRAUN LAW FIRM

By: /s /*David M. Helbraun/*
Attorneys for Plaintiff
TROY RICHARDSON

## **ORDER**

Pursuant to the parties' stipulation, and the circumstances therein described, good cause exists to modify the briefing schedule as follows:

Opposition brief to be due on August 27, 2019;

Reply Brief to be due on September 4, 2019;

Hearing Date to remain September 17, 2019.

IT IS SO ORDERED.

Dated: August 8, 2019   By: _____
Judge Yvonne Gonzalez Rogers
U.S. District Court Judge