# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY ALEXANDER RICHARDSON,**<br>Plaintiff,<br>vs.<br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,**<br>Defendants. | CASE NO. 18-cv-04620-YGR<br>**ORDER VACATING TRIAL AND PRETRIAL DEADLINES; COMPELLING DEPOSITION AND DISCOVERY INFORMATION; SETTING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY ADJUDICATION; AND SETTING STATUS CONFERENCE**<br>Dkt. No. 72, 76 |

On October 8, 2019, the Court held a hearing on the pending Motion to Dismiss Plaintiff's Third Amended Complaint filed by defendants Sandra Alfaro, *et. al.* (Dkt. No. 63), as well as plaintiff Troy Richardson's Administrative Motion for an Order to Extend Deadlines (Dkt. No. 76) and the parties' stipulation to continue certain dates (Dkt. No. 72). As discussed more fully on the record, the Court **ORDERS** as follows:

1. The current trial date, pretrial deadlines, and discovery deadlines are **VACATED** to be reset by the Court by further notice.

2. Defendants are to produce defendant Corinne Bjorgum for deposition on **October 22, 2019.**

3. Defendants shall submit a response indicating whether Jose Tovar continues to be employed by California Department of Corrections no later than Friday, **October 11, 2019**, at **12:00 p.m.**

4. The parties shall file their cross-motions for summary adjudication on the issue of the correct calculation of plaintiff's sentence as follows:

- Plaintiff to file motion by **October 21, 2019**;
- Defendants to file cross-motion and opposition to motion by **November 4, 2019**;

- Plaintiff to file opposition to cross-motion and reply on motion by **November 12, 2019**;
- Defendants to file reply on cross-motion by **November 19, 2019**; and
- Hearing on cross-motions SET for **December 10, 2019,** at 2:00 p.m. in Courtroom 1, United States District Courthouse, 1301 Clay Street, Oakland.

5. The Court SETS a further hearing for **October 25, 2019**, **at 10:00 a.m.** in Courtroom 1, United States District Courthouse, 1301 Clay Street, Oakland, regarding the status of discovery, any requests for authorization of further discovery, and efforts to narrow the individual defendants named in the operative complaint. The parties shall file a Joint Status Report by **October 23, 2019**.

This terminates Docket Nos. 72 and 76.

**IT IS SO ORDERED.**

Dated: October 9, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**