# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TROY ALEXANDER RICHARDSON,**<br><br>　　　　Plaintiff**,**<br><br>　　vs.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, ET AL.,**<br><br>　　　　Defendants**.** | CASE NO. 18-cv-04620-YGR<br><br>**ORDER CONTINUING STATUS HEARING; DENYING STIPULATION; GRANTING IN PART ADMINISTRATIVE MOTION TO STRIKE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Dkt. No. 92, 93 |

The Court has reviewed the parties' Stipulation for Continuing Status Conference (Dkt. No. 92) and their Joint Discovery Plan (Dkt. No. 94), as well as the pending administrative motion of plaintiff Richardson to strike defendants' motion for summary judgment (Dkt. No. 93) and defendants' opposition thereto (Dkt. No. 95). Having duly considered the matters therein, the Court **ORDERS** as follows:

1. The status hearing currently set for November 15, 2019, is **CONTINUED** to **Tuesday, December 10, 2019,** at 2:01 p.m. in Courtroom 1, United States District Courthouse, 1301 Clay Street, Oakland. The parties shall file a joint status statement regarding discovery that is completed, scheduled/pending, and as to which the responding party has refused to comply due to its objections no later than **December 3, 2019**. Future reports shall not identify discovery as "completed" if has been noticed or scheduled for a future date or no response has been served.

2. The stipulation to continue the status conference is **DENIED AS MOOT**.

3. The administrative motion to strike defendants' motion for summary judgment is **GRANTED IN PART**. Defendants' Cross-Motion for Summary Judgment is **STRICKEN** as to all arguments made from pages 1:23-2:2, 8:19-11:17, and 13:18-20.

**IT IS SO ORDERED.**

Dated: November 14, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**