UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TROY ALEXANDER RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 18-cv-04620-YGR (RMI)<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Troy Alexander Richardson, #S610778, presently in custody at San Francisco General Hospital, Jail Ward 7D/7L, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: February 12, 2020

ROBERT M. ILLMAN
United States Magistrate Judge

TO: SHERIFF, San Francisco County, 1001 Potrero Avenue

GREETINGS:

WE COMMAND that you have and produce the body of Troy Alexander Richardson, #S610778, in your custody in the hereinabove-mentioned institution, before the United States District Court in Courtroom D of the Federal Courthouse at 450 Golden Gate Avenue in San Francisco at 1:00 p.m. on February 19, 2020, in order that said prisoner may then and there

participate in the SETTLEMENT CONFERENCE in the matter of *Richardson v. California Department of Corrections and Rehabilitation, et al.*, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

    Witness the Honorable Robert M. Illman, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 12, 2020

SUSAN Y. SOONG, CLERK,
UNITED STATES DISTRICT COURT
By: Sara E. Henderson
Administrative Law Clerk

Dated: February 12, 2020

_____
ROBERT M. ILLMAN
United States Magistrate Judge