XAVIER BECERRA
Attorney General of California
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General
CASSANDRA J. SHRYOCK
Deputy Attorney General
State Bar No. 300360
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3622
  Fax: (415) 703-5843
  E-mail: Cassandra.Shryock@doj.ca.gov
*Attorneys for Defendants
California Department of Corrections and
Rehabilitation, N. Montoya, R. Quintero, R. Davis,
C. Burris, C. Bjorgum, V. Cullen and S. Hatton*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **TROY ALEXANDER RICHARDSON,**<br><br>                        Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                        Defendant. | 4:18-cv-04620-YGR<br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL (Fed. R. Civ. P. 41(a)(1)(A)(ii))**<br><br>Judge:      The Honorable Yvonne Gonzalez Rogers<br>Trial Date:  None Set<br>Action Filed: July 31, 2018 |

Plaintiff Troy Richardson and Defendants California Department of Corrections and Rehabilitation, N. Montoya, R. Quintero, R. Davis, C. Burris, C. Bjorgum, V. Cullen, and S. Hatton (Defendants) have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

//

//

1

It is so stipulated.

Dated: FEB. 19, 2020

David Helbraun
HELBRAUN LAW FIRM
*Attorney for Plaintiff*

Dated: 2/19/2020

Cassandra J. Shryock
Deputy Attorneys General
*Attorneys for Defendants*

SF2018201364
21821537.docx

# ORDER

**IT IS SO ORDERED.**

Dated: March 9, 2020

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

2

Stip. Voluntary Dismissal with Prejudice (Fed. R. Civ, P. 41(a)(1)(A)(ii)) (4:18-cv-04620-YGR)